# EXHIBIT B

**Receive More Leads**

**Service Area** The maximum number of miles you are willing to travel

[_____] miles

**Job Category** which jobs to send you

[Enter Keyword]  [+ Add]

**I am bonded**   ○ YES   ○ NO

**I am insured**   ○ YES   ○ NO

**License #** [_____]

**Years In Business**

[_____] years

[ **See Job Matches** ]

☑ I have read and agree to the terms & privacy policy.
Msg & data rates may apply.