UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| WILLIAM ROJAS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:17-cv-00281-JVB-JEM |
| ) | |
| v. ) | Honorable Judge Joseph S. Van Bokkelen |
| ) | |
| GOSMITH, INC. and DOES 1-20, ) | Magistrate Judge John E. Martin |
| ) | |
| Defendants. ) | |

**DECLARATION OF DAVID LEVIN IN SUPPORT OF
PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL
ARBITRATION AND DISMISS OR STAY PROCEEDINGS**

I, David Levin, declare as follows:

1. I am an adult over the age of 18 and a resident of the State of Illinois. Unless otherwise stated, the information set forth in this Declaration is true and correct to the best of my personal knowledge and recollection. If asked to testify in this matter, I would competently state as follows.

2. I am one of the attorneys for the Plaintiff in the above-captioned lawsuit.

3. On September 8, 2017 at 3:23 p.m. Central time, I accessed the page of Defendant's website located at the following URL – http://www.gosmith.com/SignUp.html.

4. Exhibit A to this Declaration is a true and correct copy of the manner in which that web page displayed to me at that time.

5. I created Exhibit A by using the "print screen" function on my computer keyboard.

6. When I visited the web page reflected in Exhibit A hereto, the small box below the larger green "SIGN UP" box was already checked. I did not place the check mark in the box myself.

7. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America and the State of Indiana that the foregoing is true and correct.

Executed this 8th day of September, 2017.

_____
David Levin